NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ISAAC INDUSTRIES, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-1616

---

Appeal from the United States Court of International Trade in case no. 07-CV-0178, Chief Judge Donald C. Pogue.

---

**ON MOTION**

---

**O R D E R**

Isaac Industries, Inc. moves without opposition for a 28-day extension of time, until March 23, 2012, to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**FEB 2 1 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Peter S. Herrick, Esq.
     Edward F. Kenny, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

**FEB 2 1 2012**

**JAN HORBALY
CLERK**